# EXHIBIT B

## AGREEMENT

This agreement ("Agreement") is made this 30 day of April, 2021 by and among Carlos PenaVega, James Maslow, Kendall Schmidt and Logan Henderson (collectively, "BTR") c/o Rothenberg, Mohr & Binder, LLP, 9595 Wilshire Blvd., Suite 201, Beverly Hills, CA 90212, Attention: Jeremy G. Mohr, Esq., on the one hand, and Viacom International Inc., 1515 Broadway, New York, NY 10036 ("Nick") and Columbia Records, a division of Sony Music Entertainment, 25 Madison Avenue, New York, NY 10010 ("Columbia"), on the other hand.

WHEREAS, Nick and Columbia are the co-owners of the television series "Big Time Rush" (the "Series") and Nick and/or Columbia are the owners of the trademark BIG TIME RUSH (the "Mark") worldwide;

WHEREAS, BTR wishes to use the Mark in connection with various activities;

WHEREAS, Nick and Columbia wish to license the Mark and grant certain other rights to BTR in accordance with the terms and conditions contained herein;

NOW THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties agree as follows:

1. **BTR Rights to use the Mark**: BTR shall be entitled to use the Mark solely in connection with all permitted activities hereunder (which shall include use in connection with release and promotion of newly recorded music and videos, touring and tour merchandise); provided BTR will consult with Nick and Columbia in advance regarding scheduling of new music releases, videos and tours (and all such record and video releases will be subject to Columbia's rights under Paragraph 4 below). The parties hereto shall execute any further documents reasonably necessary to effectuate the terms of this Agreement. All musical compositions, songs, lyrics and/or accompanying visuals (whether live or recorded) produced and/or distributed by BTR, together with the advertising, marketing and promotion thereof, as permitted hereunder shall be consistent with the family-friendly nature of the Nick brand and not disparaging to Columbia.

2. **Touring**: BTR shall have the right to create new merchandise designs embodying the Mark solely for BTR tour(s) and BTR tour-related merchandise and to sell such merchandise at BTR live performances and via a BTR-dedicated website in connection with such tour. Notwithstanding anything to the contrary contained herein, BTR shall not create any new merchandise designs using the Mark which are clearly inconsistent with the family-friendly nature of the Nick brand (including by way of example but without limitation, designs containing nudity (full or partial), curse words or other explicit content) or are disparaging to Columbia.

3. **BTR Website/Social Media Channels**: BTR shall also have the right to use the Mark in connection with the official BTR tour-related or new-album-related websites and official BTR tour-related or new-album-related social media channels; provided control over such websites and social media channels will be mutually determined following good faith discussion with Nick's and Columbia's designated social media teams. BTR shall not have the right to use the Mark in connection with any other websites or social media channels without the prior written approval of Nick and Columbia. For purposes of clarification, to the extent Nick and/or Columbia currently own or control any BTR-branded websites and/or social media channels, Nick and Columbia shall retain control of such websites and

social media channels. BTR shall not post on the official BTR tour-related or new-album-related websites or official BTR tour-related or new-album-related social media channels any content which is clearly inconsistent with the family-friendly nature of the Nick brand (including by way of example but without limitation, content containing nudity (full or partial), curse words or other explicit content) or disparaging to Columbia.

4. **Recording Rights:**

5. **Nick/Columbia Ancillary Participation**:

Columbia and Nick shall (in the aggregate) be entitled to receive the applicable income percentages set forth below:

    a. Solely in the event that Columbia does not acquire the rights to distribute BTR records as described in Paragraph 4(a) or 4(b) above, then in connection with recorded musical product and music videos in connection with which BTR utilizes the Mark, ten percent (10%) of the gross revenues received by the distributor in connection therewith.

    b. In connection with (i) live performance income in connection with which BTR utilizes the Mark (which shall include, by way of example but without limitation, tour merchandise and tour sponsorships and sales at pop-ups and online sales of tour designs), and (ii) branding and endorsement and sponsorship income in connection with which BTR utilizes the Mark, ten percent (10%) of the Adjusted Income (defined below) in connection therewith. "Adjusted Income" shall mean one hundred percent of all income received by or payable to BTR or on BTR's behalf less all out-of-pocket professional commissions actually paid to BTR's third party manager, business manager, attorney and booking agent on the activity concerned, subject to an aggregate commission cap of twenty-five percent (25%).

    c. Notwithstanding the foregoing, neither Columbia and/or Nick shall be entitled to receive any of the above percentages in an applicable Cycle (as defined below) unless BTR's gross income for live performance, branding, endorsement, and sponsorship income exceeds Seven Hundred Fifty Thousand Dollars ($750,000) in the aggregate (and Columbia/Nick's participation shall apply with respect to amounts in excess of such Seven Hundred Fifty Thousand Dollars ($750,000). "Cycle" shall mean a period: (A) with respect to the first such Cycle, beginning on the date of this agreement and ending upon the later of (1) completion of all personal appearance tours in connection with that Cycle's album or other recording project or (2) commencement of reasonably continuous pre-production of BTR's next album or other recording project, and (B) with respect to any subsequent cycle, beginning on the date of the end of the prior Cycle and ending upon the later of (1) completion of all personal appearance tours in connection with that Cycle's album or other recording project and or (2) commencement of reasonably continuous pre-production of BTR's next studio full-length album or other recording project.

6. **Nick Merchandise Rights**:

DocuSign Envelope ID: E0740451-3CDC-49BA-BABD-6262E53B757F

Case 2:25-cv-06083   Document 1-2   Filed 07/03/25   Page 5 of 8   Page ID #:20

#1308338 v6                                    4

7. **Quality Control:**

8. **Ownership:**

9. **Miscellaneous**:

DocuSign Envelope ID: E0740451-3CDC-49BA-BABD-6262E53B757F

#1308338 v6

6

ACCEPTED AND AGREED:
Viacom International Inc.

By: *Seth Levin* (May 14, 2021 10:03 EDT)

An Authorized Signatory

ACCEPTED AND AGREED:
Columbia Records, a division of Sony Music Entertainment

By: Nancy Marcus Seklir (May 13, 2021 19:33 EDT)

An Authorized Signatory

ACCEPTED AND AGREED:

CARLOS PENAVEGA

JAMES MASLOW

KENDALL SCHMIDT

LOGAN HENDERSON

#1308338 v6                                7