UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FELLOWS, an individual; and JACK MACKIE PICTURES, a California corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>BIG TIME RUSH TOURING, LLC, a Delaware limited liability company; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; and DOES 1 through 20, inclusive,<br><br>    Defendants. | **Case No. 2:25-cv-06083-AJR**<br><br>**ORDER ON SECOND STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:  08/08/2025<br>Current response date:  09/29/2025<br>New response date:  10/27/2025 |

5825027.2

1 | Upon stipulation of the parties and good cause appearing, the Court hereby
2 | ORDERS as follows:
3 |     1.    Defendants Big Time Rush Touring, LLC and Sony Music
4 | Entertainment shall have until October 27, 2025, to file their response to Plaintiffs
5 | Scott Fellows's and Jack Mackie Pictures' Complaint.

DATED: 9/24/2025

_____
HON. A. JOEL RICHLIN
United States Magistrate Judge

5825027.2

2