# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FELLOWS, an individual; and JACK MACKIE PICTURES, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>BIG TIME RUSH TOURING, LLC, a Delaware limited liability company; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:25-cv-06083-CAS-RAOx<br><br>**ORDER ON STIPULATION TO EXTEND TIME TO RESPOND TO INITIAL COMPLAINT BY AN ADDITIONAL 30 DAYS**<br><br>Complaint served: 08/08/2025<br>Current response date: 1/9/2026<br>New response date: 2/9/2026 |

Upon stipulation of the parties and good cause appearing, the Court hereby ORDERS as follows:

1. Defendants Big Time Rush Touring, LLC and Sony Music Entertainment shall have until February 9, 2026, to file their response to Plaintiffs Scott Fellows's and Jack Mackie Pictures' Complaint.

IT IS SO ORDERED.

DATED: January 7, 2026

*Christina A. Snyder*

HON. CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

5827458.1