Devin A. McRae, State Bar Number 223239
  dmcrae@earlysullivan.com
Peter Scott, State Bar Number 247786
  pscott@earlysullivan.com
Brett G. Moore, State Bar Number 311637
  bmoore@earlysullivan.com
EARLY SULLIVAN WRIGHT
  GIZER & McRAE LLP
6420 Wilshire Boulevard, 17th Floor
Los Angeles, California 90048
Telephone:  (323) 301-4660
Facsimile:  (323) 301-4676

Attorneys for Plaintiff SCOTT FELLOWS
and JACK MACKIE PICTURES

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT FELLOWS, an individual; and JACK MACKIE PICTURES, a California corporation,<br><br>    Plaintiff,<br><br>  v.<br><br>BIG TIME RUSH TOURING, LLC, a Delaware limited liability company; SONY MUSIC ENTERTAINMENT, a Delaware general partnership; and DOES 1 through 20, inclusive,<br><br>    Defendants. | Case No. 2:25-cv-06083-CAS-RAO<br><br>**NOTICE OF SETTLEMENT** |

5836008.1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that Plaintiffs Scott Fellows and Jack Mackie Pictures (collectively, "Plaintiffs") submit this Notice of Settlement to notify the Court that the parties have reached a settlement in principal of the above-titled matter. The parties request 45 days to confirm the settlement in writing and to file a dismissal of the action and that the Court accordingly vacate any deadlines during that 45-day period, including Defendants' February 9, 2026 deadline to respond to Plaintiffs' Complaint (*see* ECF 29).

Dated: January 29, 2026

EARLY SULLIVAN WRIGHT
GIZER & McRAE LLP

By: /s/ Peter Scott
Devin A. McRae
Peter Scott
Brett G. Moore
Attorneys for Plaintiffs SCOTT FELLOWS
and JACK MACKIE PICTURES

Dated: January 29, 2026

COVINGTON AND BURLING LLP

By: */s/ J. Hardy Ehlers*
Neema Sahni
J. Hardy Ehlers
Attorneys for Defendants BIG TIME RUSH TOURING, LLC and SONY MUSIC ENTERTAINMENT